**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **RUBEN REY-SANCHEZ,** | § | |
| | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TODD BLANCHE,** | § | |
| Acting U.S. Attorney General; | § | |
| | § | |
| **MARKWAYNE MULLIN,** | § | |
| Secretary of the U.S. Department of | § | |
| Homeland Security; | § | |
| | § | |
| **U.S. DEPARTMENT OF HOMELAND** | § | |
| **SECURITY;** | § | **EP-26-CV-00441-DCG** |
| | § | |
| **EXECUTIVE OFFICE FOR** | § | |
| **IMMIGRATION REVIEW;** | § | |
| | § | |
| **FIELD OFFICE DIRECTOR,** | § | |
| San Antonio Field Office, Immigration and | § | |
| Customs Enforcement; *and* | § | |
| | § | |
| **WARDEN** of ERO El Paso Camp East | § | |
| Montana, | § | |
| | § | |
| | § | |
| *Respondents*. | § | |

## <u>FINAL JUDGMENT</u>

On July 9, 2026, the Court granted Petitioner Ruben Rey-Sanchez's Petition for Writ of

Habeas Corpus (ECF No. 1) and ordered Respondents to take the following actions:

(1)     <u>by July 16, 2026</u>, release Petitioner from custody under appropriate and lawful conditions of supervision; *and*

(2)     <u>by July 23, 2026</u>, notify the Court that Petitioner was released from custody.[1]

---

[1] *See* Order Granting Pet., ECF No. 6, at 5.

Respondents timely confirmed that Petitioner was released from custody.[2]

Petitioner has obtained the habeas relief to which he is entitled, so there appears to be nothing further for the Court to do in this case. The Court now enters its Final Judgment under Federal Rule of Civil Procedure 58.[3]

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

The Court **CLOSES** the above-captioned case.

**So ORDERED and SIGNED this 5th day of August 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

---

[2] *See* Resp'ts' Advisory, ECF No. 7.

[3] FED. R. CIV. P. 58(a) ("Every judgment and amended judgment must be set out in a separate document . . . .").

*See* RULES GOVERNING SECTION 2254 CASES ("Habeas Rules"), Rule 1(a) ("These rules govern a petition for a writ of habeas corpus filed in a United States district court under 28 U.S.C. § 2254").

*See also* Habeas Rule 1(b) ("The district court may apply any or all of these rules to a habeas corpus petition not covered by Rule 1(a)"); Habeas Rule 12 ("The Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules.").